(No. 5568—

MARX INDUSTRIAL MAINTENANCE, INC., An Illinois Corporation, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed June 3, 1969.*

HERMAN R. TAVINS, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

Claimant seeks recovery of the sum of $2,632.50 for landscape services at State License Centers. It ap-

pears that the services were performed by claimant for the Secretary of State, Purchasing Division.

The parties have stipulated that there is lawfully due the claimant the sum of $2,632.50. They further stipulate that, as a result of delay in billing by the claimant, payment was not made prior to the closing of the biennial appropriation.

Where a contract with the State has been (1) properly entered into; (2) services satisfactorily performed, and materials furnished in accordance with such contract; (3) proper charges made therefor; and, (4) adequate funds were available at the time the contract was entered into, this Court will enter an award for the amount due. *Gilbert-Hodgman, Inc., A Corporation,* vs. *State of Illinois,* 24 C.C.R. 509. It appears that all the requirements have been met in the instant case.

Claimant is hereby awarded the sum of $2,632.50.